UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-11673-RGS

WILMINGTON SAVINGS FUND SOCIETY, FSB

v.

BANK OF AMERICA, ET AL.

ORDER OF RECUSAL

November 6, 2017

STEARNS, D.J.

As a shareholder in defendant Bank of America, I am required by law to recuse myself from presiding in this case. *See* 28 U.S.C. § 455(b)(4). The case will be returned to the Clerk to be redrawn.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE